# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| WILLIAM SCOTT GARRISON, #814619 | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-cv-138 Judge Mazzant/Judge Davis |
| DEA AGENT RICHARD CLOUGH, ET AL. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 11, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #5) that this civil action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice as barred by 28 U.S.C. § 1915(g), and that should Plaintiff pay the full $405.00 filing fee within fifteen days after the date of entry of dismissal, he be allowed to proceed in this lawsuit as though the full fee had been paid from the outset.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g). It is further **ORDERED** that, should Plaintiff pay the full $405.00 filing fee within fifteen days after the date of entry of dismissal,

he be allowed to proceed in this lawsuit as though the full fee had been paid from the outset.

Payment of the filing fee would not, however, affect screening for frivolousness, maliciousness, or

failure to state a claim under 28 U.S.C. § 1915A. All motions by either party not previously

ruled on are hereby **DENIED**.

    **IT IS SO ORDERED.**

    **SIGNED this 16th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2